E-FILED
Tuesday, 14 March, 2017  10:00:08 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| **CORINNA CLENDENEN,**<br><br>Plaintiff,<br><br>v.<br><br>**STEAK N SHAKE OPERATIONS, INC.,**<br><br>Defendant. | Case No.  17-cv-1045<br><br>Hon. Joe Billy McDade |

## DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY OR TRANSFER THE ACTION

Defendant Steak N Shake Operations, Inc. ("Steak N Shake"), pursuant to the first-filed doctrine and 28 U.S.C. §1404, hereby moves to dismiss or, in the alternative, stay or transfer this action.  In support of its Motion, Steak N Shake states as follows:

1.      Plaintiff Corinna Clendenen has filed this putative class action claiming misclassification of Managers in Steak N Shake restaurants under the Fair Labor Standards Act ("FLSA") and Illinois Minimum Wage Law.  However, Plaintiff Clendenen's proposed class overlaps with the conditionally certified FLSA collective in *Drake et al. v. Steak N Shake*, Case No. 4:14-cv-01535-JAR, a duplicative long-standing action in the Eastern District of Missouri claiming misclassification of Managers in Steak N Shake restaurants under the FLSA and Missouri Minimum Wage Law.

2.      The claims, parties and issues in the instant action do not significantly differ from those at issue in the *Drake* action.  Accordingly, under the "first-filed" doctrine, this Court should dismiss the instant case in favor of the earlier-filed and duplicative *Drake* action.

-2-

3.      In the alternative, this Court should stay the instant case in favor of *Drake* or transfer it to the Eastern District of Missouri pursuant to the first-filed doctrine and/or 28 U.S.C. §1404.

4.      Additional facts, arguments and authority are set forth in Steak N Shake's Memorandum in Support and the exhibits thereto, all of which are hereby incorporated by reference.

5.      WHEREFORE, pursuant to the first-filed doctrine and 28 U.S.C. §1404, Defendant respectfully requests that this Court grant its Motion and dismiss Plaintiff's Complaint or, in the alternative, stay this action or transfer it to the Eastern District of Missouri.

Respectfully submitted,

/s/ David K. Haase
David K. Haase ARDC# 6201278

David K. Haase ARDC# 6201278
Catherine S. Lindemann ARDC# 6297039
LITTLER MENDELSON, P.C.
A Professional Corporation
321 North Clark Street
Suite 1000
Chicago, IL  60654
312.372.5520

Dated: March 14, 2017

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of March, 2017, he caused a copy of the foregoing to be electronically filed the foregoing document with Clerk of the U.S. District Court, Central District of Illinois, using the CM/ECF (electronic case filing) system, which will send notification of such filing to all counsel of record.

*/s/ David K. Haase*
David K. Haase

Firmwide:146227146.1 060636.1000